| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PISTONE & WOLDER, LLP<br>MICHAEL K. WOLDER, SBN 144821<br>2020 Main Street, Suite 900<br>Irvine, California 92614-7214<br>Telephone: (949) 622-8980<br>Facsimile: (949) 622-8985<br><br>Attorneys for Plaintiff<br>ANGELS TECHNOLOGY, INC. | FILED - SOUTHERN DIVISION<br>CLERK, U.S. DISTRICT COURT<br><br>DEC - 1 2008<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY ___ DEPUTY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ANGELS TECHNOLOGY, INC. a California corporation<br><br>Plaintiff,<br><br>v.<br><br>TAREK KASSEM, an individual a.k.a. TERRY CAYSEM; TELECOMWISE CORPORATION, a Colorado corporation and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. SACV08-00538 AG (MLGx)<br><br>Assigned for All Purposes to Honorable Andrew J. Guilford<br>Dept. 10D<br><br>[Proposed] ORDER AND JUDGMENT<br><br>[Filed Concurrently With Notice of Motion and Motion For Entry of Judgment; and Declaration of Michael K. Wolder]<br><br>**Hearing Date: December 1, 2008**<br>**Time: 10:00 a.m.**<br>**Dept.: 10D**<br><br>Complaint Filed: May 13, 2008 |

On December 1, 2008 at 10:00 a.m. in Dept. 10D of the above-entitled Court, Plaintiff Angels Technology, Inc.'s Motion for Entry of Judgment came on regularly for hearing, the Honorable Andrew J. Guilford presiding.

Having read and considered the motion, pleadings, the memorandum of points and authorities filed by Plaintiff, and having heard argument of counsel,

//

//

---
[Proposed] ORDER AND JUDGMENT

~~9  ORDER~~

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff ANGELS TECHNOLOGY, INC. and against Defendants TAREK KASSEM, an individual a.k.a. TERRY CAYSEM and TELECOMWISE CORPORATION, a Colorado corporation in the amount of $640,800. ~~plus simple interest at 10% per annum until paid~~

Dated: **DECEMBER 1, 2008**  _____
Judge ANDREW J. GUILFORD

PISTONE & WOLDER, LLP
A LIMITED LIABILITY PARTNERSHIP
2010 MAIN STREET, SUITE 800
IRVINE, CALIFORNIA 92614-7214
TELEPHONE: (949) 622-8980

C:\Temp\notesE1EF34\ORDER.wpd